# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Dennis C. Vacco, et al**

vs.                               **CASE NUMBER: 1:07-CV-663**

**Harrah's Operating Company, Inc., et al**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment has been granted.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 28th day of September, 2009.

DATED: September 28, 2009

*[signature]*
Clerk of Court

s/_____
S. Potter
Deputy Clerk