**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the          day of March, two thousand and ten,

Dennis C. Vacco, etc., et al

     Appellants.

v.

Harrah's Operating Company, Inc., et al.,

     Appellees.

**STIPULATION**
Docket Number: 09-4497-cv

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by its counsel, no later than March 19, 2010. The time tolled under FRAP 31.1 if any, begins to run again from the date of appellant's notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: March 1, 2010

UNITED STATES COURT OF APPEALS
FILED
MAR 1 2 2010
Catherine O'Hagan Wolfe, CLERK
SECOND CIRCUIT

Date: March 2, 2010

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Vidya Kurella, Staff Counsel

CAMP Local 42.1 Stipulation without prejudice – Civil cas

Attorney for Appellant (signature)

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
Type Name and Firm

Attorney for Appellee (signature)

George F. Carpinello
Boies, Schiller & Flexner LLP
Type Name and Firm

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/09/2010**